IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 05-cv-00502-MSK-BNB

VICTORIA BALDWIN,

Plaintiff,

v.

KEY EQUIPMENT FINANCE INC., and
MARGARET GUTIERREZ, individually,

Defendants.

_____

**ORDER**
_____

This matter is before me on the **Defendant's Rule 37 Motion to Compel Discovery Responses** (the "Motion"), filed November 21, 2005. I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART to require the plaintiff to disclose the rate of pay and the average number of hours worked per week as requested by Interrogatory No. 6. The plaintiff shall serve a supplemental discovery response consistent with this order on or before **December 19, 2005**.

IT IS FURTHER ORDERED that the Motion is DENIED in all other respects.

Dated December 5, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge