IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00502-MSK-BNB

VICTORIA BALDWIN,

    Plaintiff,

v.

KEY EQUIPMENT FINANCE, INC., and
MARGARET GUTIERREZ, Individually,

    Defendants.

---

## ORDER

---

IT IS ORDERED that the trial currently set for October 25, 2006 is **VACATED** and reset to a 3 day bench trial to begin **January 2, 2007 at 8:30 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. This setting is on a trailing docket in second position.

Dated this 12th day of September, 2006

                                                **BY THE COURT:**

                                                *Marcia S. Krieger*

                                                Marcia S. Krieger
                                                United States District Judge