IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00502-MSK-BNB

VICTORIA BALDWIN,

    Plaintiff,

v.

KEY EQUIPMENT FINANCE, INC., and
MARGARET GUTIERREZ, Individually,

    Defendants.

---

## ORDER RESETTING TRIAL

---

**IT IS ORDERED** that a three (3) day bench trial in the above captioned matter is reset to **May 1, 2007 at 8:30 a.m.** on the docket of the Honorable Marcia S. Krieger in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  This setting is on a trailing docket in 3rd position.

    Dated this 7th day of December, 2006

                              **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                              Marcia S. Krieger
                              United States District Judge