IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00502-MSK-BNB

VICTORIA BALDWIN,

    Plaintiff,

v.

KEY EQUIPMENT FINANCE, INC.,

    Defendant.

_____

## ORDER VACATING TRIAL DATE
_____

**THIS MATTER** comes before the Court *sua sponte*.

Due to cases in superior position proceeding to trial, the May 1, 2007 trial date in this matter is **VACATED**. Counsel for the parties shall jointly contact chambers to set a new trial date.

Dated this 13th day of April, 2007

        **BY THE COURT:**

        */s/ Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge