IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00502-MSK-BNB

VICTORIA BALDWIN,

    Plaintiff,

v.

KEY EQUIPMENT FINANCE, INC.,

    Defendant.

## ORDER RESETTING TRIAL

Pursuant to the agreement of the parties,

**IT IS ORDERED** that a 3 day bench trial in this matter is **RESET to January 29, 2008 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. This setting is a first position setting.

Dated this 17th day of April, 2007

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge