IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00502-MSK-BNB

VICTORIA BALDWIN,

    Plaintiff,

v.

KEY EQUIPMENT FINANCE, INC.,

    Defendant.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

    THIS MATTER comes before the Court *sua sponte*.  It appears from a review of this Court's docket that a multi-defendant criminal trial will occur on the week this matter is set for trial.  Accordingly,

    **IT IS ORDERED** that this matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Friday, November 15, 2007,** at **2:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Counsel shall *bring their calendars* and be prepared to reset the January 29, 2008, trial date to a date and time in December, 2007.

    Counsel may appear at this hearing by telephone.  To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy, Patricia Glover, at **303-335-2185** no later than two court days before the hearing to make arrangements.

    DATED this 7th day of November, 2007.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge