IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00502-MSK-BNB

VICTORIA BALDWIN,

     Plaintiff,

v.

KEY EQUIPMENT FINANCE, INC.,

     Defendant.

_____

## ORDER APPROVING FINAL PRETRIAL ORDER
_____

**THIS MATTER** comes before the Court *sua sponte*. Due to an oversight, it appears that the Court never formally approved the parties' proposed Pretrial Order. Accordingly, the proposed Pretrial Order found at Docket # 46 is **APPROVED**, *nunc pro tunc* to November 15, 2007.

     Dated this 11th day of March, 2008

                             **BY THE COURT:**

                             _____

                             Marcia S. Krieger
                             United States District Judge